# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ALEXANDER BAUTISTA,

    Plaintiff,

vs.

QUANTUM COLLECTIONS, *et al.*,

    Defendants.

Case No. 2:16-cv-01080-JCM-GWF

**ORDER**

On June 13, 2016, the Court entered an order granting the discovery plan and proposed scheduling order stipulated to between Plaintiff and Defendant Bank of America, NA ("BANA"). (ECF No. 9). On June 29, 2016, a discovery plan and proposed scheduling order stipulated to between Plaintiff and Defendant Experian Information Solutions, Inc was filed. (ECF No. 14). The Court enters an 180 day discovery plan, measured from June 13, 2016, that applies to all parties in this matter.

**IT IS HEREBY ORDERED** that the proposed discovery plan and scheduling order (ECF NO. 14) is **denied**. The following discovery plan and scheduling order dates shall apply to all parties in this matter as follows:

1. Last date to complete discovery: **December 12, 2016**
2. Last date to amend pleadings and add parties: **September 12, 2016**
3. Last date to file interim status report: **October 11, 2016**
4. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **October 11, 2016**
5. Last date to disclose rebuttal experts: **November 10, 2016**
6. Last date to file dispositive motions: **January 9, 2017**
7. Last date to file joint pretrial order: **February 8, 2017**. In the event dispositive

motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

DATED this 30th day of June, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge