David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Alexander R. Bautista*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Alexander R. Bautista,<br><br>    Plaintiff,<br><br>v.<br><br>QUANTUM COLLECTIONS;<br>BAYVIEW LOAN SERVICING, LLC;<br>BANK OF AMERICA, NATIONAL<br>ASSOCIATION; EQUIFAX<br>INFORMATION SERVICES, LLC;<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC; TRANS UNION,<br>LLC,<br><br>    Defendants. | **Case No. 2:16-cv-01080-JCM-GWF**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>TRANS UNION, LLC</u> ONLY** |

  Plaintiff Alexander R. Bautista and TRANS UNION, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in

…

…

…

…

…

accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, TRANS UNION, LLC**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:     October 14, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/ Darrell D. Dennis, Esq. |
| David H. Krieger, Esq. | Darrell D. Dennis, Esq. |
| Nevada Bar No. 9086 | Lewis Brisbois Bisgaard & Smith LLP |
| HAINES & KRIEGER, LLC | 6385 South Rainbow Blvd. |
| 8985 S. Eastern Avenue | Suite 600 |
| Suite 350 | Las Vegas, NV 89118 |
| Henderson, Nevada 89123 | /s/ Jason Revzin, Esq. |
| *Attorney for Plaintiff* | Jason Revzin, Esq. |
| | Lewis Brisbois Bisgaard & Smith LLP |
| | 6385 S. Rainbow Blvd. |
| | Suite 600 |
| | Las Vegas, NV 89118 |
| | *Attorneys for Defendant Trans Union, LLC* |

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: October 18, 2016