1  David H. Krieger, Esq.
2  Nevada Bar No. 9086
   HAINES & KRIEGER, LLC
3  8985 S. Eastern Avenue, Suite 350
   Henderson, Nevada 89123
4  Phone: (702) 880-5554
5  FAX: (702) 385-5518
   Email: dkrieger@hainesandkrieger.com
6  *Attorney for Plaintiff, Alexander R. Bautista*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| Alexander R. Bautista, | ) Case No. 2:16-cv-01080-JCM-GWF |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| QUANTUM COLLECTIONS; BAYVIEW LOAN SERVICING, LLC; BANK OF AMERICA, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION, LLC, | ) **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>BANK OF AMERICA, N.A. ONLY</u>** |
| Defendants. | ) |

　　Plaintiff Alexander R. Bautista and Bank of America, N.A. hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in

…

…

…

…

accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Bank of America, N.A.**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:           October 17, 2016

| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><br>/s/ Rex D. Garner, Esq.<br>Rex D. Garner, Esq.<br>Akerman LLP<br>1160 Town Center Drive<br>Suite 330<br>Las Vegas, NV 89144<br>*Attorney for Defendant Bank of America, N.A.* |
|---|---|

### ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: October 19, 2016