# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ALEXANDER R. BAUTISTA,

      Plaintiff,

vs.

BAYVIEW LOAN SERVICING, LLC, *et al.*,

      Defendants.

Case No. 2:16-cv-01080-JCM-GWF

**ORDER OF RECUSAL**

    The undersigned United States Magistrate Judge for the District of Nevada hereby recuses himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned.  Code of Judicial Conduct, Canon 3(E)(1) and 28 U.S.C. § 455(a).

    Based on the foregoing and good cause appearing therefor,

    **IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random reassignment to another Magistrate Judge.

    DATED this 18th day of November, 2016.

                                                  */s/ George Foley, Jr.*
                                                  GEORGE FOLEY, JR.
                                                  U.S. MAGISTRATE JUDGE