UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALEXANDER R. BAUTISTA, | Case No. 2:16-CV-1080 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| QUANTUM COLLECTIONS, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Bautista v. Quantum Collections et al.*, case number 2:16-cv-01080-JCM-CWH.

On December 28, 2016, plaintiff Alexander Bautista and defendant Bayview Loan Servicing, LLC ("Bayview") notified the court that they resolved their dispute on an individual basis, anticipating to file a stipulation for dismissal with prejudice as to plaintiff's claims against Bayview. The parties requested that all pending dates and filling requirements as to Bayview be vacated and that a sixty (60) day deadline be set for filing a dismissal as to Bayview.

Accordingly,

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the parties file a stipulation of dismissal of the action as to plaintiff's claims against Bayview within sixty (60) days of the entry of this order.

DATED December 29, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**