David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Alexander R. Bautista*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Alexander R. Bautista,<br><br>Plaintiff,<br><br>v.<br><br>QUANTUM COLLECTIONS; BAYVIEW LOAN SERVICING, LLC; BANK OF AMERICA, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION, LLC,<br><br>Defendants. | **Case No. 2:16-cv-01080-JCM-CWH**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>BAYVIEW LOAN SERVICING, LLC ONLY</u>** |

Plaintiff Alexander R. Bautista and Defendant BAYVIEW LOAN SERVICING, LLC hereby stipulate and agree that the above-entitled action shall

…

…

…

…

…

be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, BAYVIEW LOAN SERVICING, LLC**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: April 28, 2017

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/ Andrew A. Bao, Esq.
Andrew A. Bao, Esq.
Wolfe & Wyman LLP
6757 Spencer Street
Las Vegas, NV 89119
*Attorney for Defendant BAYVIEW LOAN SERVICING, LLC*

## ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: April 28, 2017 _____